BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | 1:12-cv-02036-LJO-MJS |
| )                                                            | |
| Petitioner,                             ) | |
| )                                                            | **PETITIONER'S NOTICE OF** |
| v.                                      ) | **COMPLIANCE; ORDER CLOSING FILE** |
| )                                                            | |
| MARK B. CAPPS, Corporate Vice           ) | |
| President, Mustang Ranch II, Inc.,      ) | |
| )                                                            | Taxpayer: **MUSTANG RANCH II, INC.** |
| )                                                            | |
| Respondent.                             ) | |
| _____ ) | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated: February 28, 2013                         Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney


                                        By:     */s/ Y. Himel*
                                                 YOSHINORI H. T. HIMEL
                                                 Assistant U.S. Attorney
                                                 Attorneys for Petitioner
                                                 United States of America

---

PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE                                    Page 1

1
## ORDER

2  Upon petitioner's recommendation, the Clerk of the Court is DIRECTED to close this

3  file.

   IT IS SO ORDERED.

4

   **Dated:   March 1, 2013**          /s/  **Lawrence J. O'Neill**
5                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28